UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE TEAMSTERS<br>COUNCIL HEALTH & HOSPITAL FUND, by<br>its Trustees, et. al. | REQUEST FOR CLERK'S<br>CERTIFICATE OF<br>ENTRY OF DEFAULT |
| Plaintiffs, | 5:09-CV-1184 (DNH)(DEP) |
| vs. | |
| SPA STEEL PRODUCTS CO., INC. | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 55(a) and L.R. 55.1, the plaintiffs, the New York State Teamsters Council Health & Hospital Fund by its Board of Trustees, request a Clerk's certificate of entry of default based on the accompanying affirmation that the party against whom the judgment is sought:

1) is not an infant or incompetent person;

2) is not in the military service;

3) was properly served under Fed. R. Civ. P. 4 and proof of service having been filed with the Court;

4) has defaulted in appearance in the above-captioned action.

**PARAVATI, KARL, GREEN & DEBELLA**

By:/s/ Vincent M. DeBella, Esq.

Dated: November 24, 2009

Vincent M. DeBella, Esq. (Bar Roll No. 101465)
Attorneys for the Plaintiffs
**Office & P.O. Address**
12 Steuben Park
Utica, NY 13501
Phone:(315) 735-6481
Fax:   (315) 735-6406
E-mail: vdebella@pkgdlaw.com